IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ESTHER ORTIZ, et al.,

           Plaintiffs,

    v.

McKESSON CORPORATION, et al.,

           Defendants.

NO. C13-3159 TEH

ORDER GRANTING
DEFENDANT'S MOTION TO
STAY

Defendant GlaxoSmithKline LLC ("GSK") has moved to stay all proceedings pending potential transfer of this case to Multidistrict Litigation ("MDL") Docket No. 1871, *In re: Avandia Marketing, Sales Practices and Products Liability Litigation*.  Upon careful consideration, the Court finds that a stay is in the interests of judicial economy, and it does not appear that a stay will cause prejudice to either party.  Accordingly, IT IS HEREBY ORDERED that GSK's motion to stay is GRANTED.  *See Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936) (courts have inherent power to control their own dockets, including the power to stay proceedings in the interests of judicial economy); *In re Apple iPhone Application Litig.*, Case No. 10-CV-05878-LHK, 2011 WL 2149102, at *2 (N.D. Cal. May 31, 2011) (factors courts consider when weighing a stay include "(1) conserving judicial resources and avoiding duplicative litigation; (2) hardship and inequity to the moving party if the action is not stayed; and (3) potential prejudice to the non-moving party").

**IT IS SO ORDERED.**

Dated:   07/17/13

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

United States District Court

For the Northern District of California