IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ESTHER ORTIZ, et al.,

    Plaintiffs,

  v.

McKESSON CORPORATION, et al.,

    Defendants.

NO. C13-3159 TEH

<u>ORDER DENYING PLAINTIFFS' MOTION TO REMAND WITHOUT PREJUDICE</u>

  This matter was stayed on July 17, 2013, pending possible transfer to Multidistrict Litigation ("MDL") Docket No. 1871, *In re: Avandia Marketing, Sales Practices and Products Liability Litigation*. In light of the stay, Plaintiffs' subsequently filed motion to remand is DENIED without prejudice. Plaintiffs may re-file their motion before the MDL court if this case is transferred or, if transfer is denied, before this Court after the stay has been lifted.

**IT IS SO ORDERED.**

Dated: 08/12/13

          /s/ Thelton E. Henderson
          THELTON E. HENDERSON, JUDGE
          UNITED STATES DISTRICT COURT